No. 10–1532. HOGE *v.* COLORADO. Dist. Ct. Colo., Adams County. Certiorari denied.

No. 10–1533. WESTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–1534. MCREYNOLDS ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. C. A. 7th Cir. Certiorari denied.

No. 10–1537. GEO. V. HAMILTON, INC. *v.* NATIONWIDE MUTUAL FIRE INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 10–1538. KALOS ET AL. *v.* GREENWICH INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–1539. JALLALI *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1541. DENNIS R. ET UX. *v.* CLARK. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–1547. DUFF ET UX. *v.* LEWIS. C. A. 9th Cir. Certiorari denied.

No. 10–1549. SALEM *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–1550. JOHNSON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 10–1552. AVILA ET AL. *v.* WILLITS ENVIRONMENTAL REMEDIATION TRUST ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1554. SHANG *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 10–1556. ALVARADO-SANTOS *v.* PUERTO RICO DEPARTMENT OF HEALTH. C. A. 1st Cir. Certiorari denied.

No. 10–8146. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.